**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JOAN BEAUDOIN,
Plaintiff

v. C.A. No. 06-320T

R. JAMES NICHOLSON,
Defendant

**SHOW CAUSE ORDER**

On or before **September 17th, 2007,** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 8/23/07