UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOAN BEAUDOIN,
Plaintiff

v. CA No. 06-320T

R. JAMES NICHOLSON,
Defendants

**ORDER OF DISMISSAL**

On August 23rd, 2007 this Court issued an order directing the plaintiff to show cause, on or before September 17th, 2007, why this case should not be dismissed for lack of prosecution, namely, failure to serve the complaint within 120 days after the filing of the complaint. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 9/20/07